UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 SEP 13 AM 11: 11

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR4978-H |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| DANIEL WERNER HERMANN (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Information:

18 USC 2252(a)(2) - Distribution of Images of Minors Engaged in Sexually Explicit Conduct

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/12/12

HON. MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE